IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

---

| ANTONIO LEOS MEZA, | ) **ORDER TO SHOW CAUSE** |
| --- | --- |
| Plaintiff, | ) Case No. 2:09-CV-1090 CW |
| v. | ) District Judge Clark Waddoups |
| STEVEN TURLEY et al., | ) |
| Defendants. | ) |

---

In the Court's February 12, 2010 order directing service of process on Defendants and dispositive motion, the Court invited Plaintiff to, within thirty days of Defendants' filing of dispositive motion, respond. A summary judgment motion is now pending, filed December 8, 2010; however, the Court has yet to receive any response from Plaintiff.

IT IS THEREFORE ORDERED that within thirty days Plaintiff must show cause why his complaint should not be dismissed for failure to prosecute his case. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

DATED this 28th day of April, 2011.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge