```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF UTAH
```

| | |
|---|---|
| ANTONIO LEOS MEZA, | ) **DISMISSAL ORDER** |
| Plaintiff, | ) Case No. 2:09-CV-1090 CW |
| v. | ) District Judge Clark Waddoups |
| STEVEN TURLEY et al., | ) |
| Defendants. | ) |

On April 28, 2011, the Court ordered Plaintiff to within thirty days show cause why his prisoner civil rights complaint should not be dismissed for failure to prosecute (i.e., to respond to Defendants' summary-judgment motion). The Court has not directly heard from Plaintiff since June 1, 2010, when he filed a document.

IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed without prejudice for failure to prosecute.[1]

DATED this 20th day of June, 2011.

BY THE COURT:

_____
JUDGE CLARK WADDOUPS
United States District Court

---

[1] See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 630-31, 82 S. Ct. 1386, 1388-89 (1962); Olsen v. Mapes, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).